

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00309-CV

## IN THE INTEREST OF E.G.S., A CHILD

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 15-002631-CV-361**

## MEMORANDUM  OPINION

On February 22, 2017, this Court issued an order requiring Appellant C.S. to either establish the right to proceed without payment of costs as provided by Rule of Appellate Procedure 20.1 or pay the required $205 filing fee within twenty-one days of the date of the order.  The order further notified C.S. that failure to do so would result in this appeal being dismissed without further notification.

No response has been received from C.S.  Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.3(b), (c).  Appellee E.S.'s motion to dismiss the appeal, filed December 9, 2016, is likewise dismissed as moot.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed April 5, 2017
[CV06]

